IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CATHERINE L. WENNER, | ) |
| Plaintiff, | ) Case No. 3:09-1153 |
| | ) Judge Nixon |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Catherine L. Wenner's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 14) and Memorandum in Support (Doc. No. 15), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 16). Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 17) recommending that Plaintiff's Motion be granted, the decision of the SSA reversed, and the action remanded for further administrative proceedings. The Report was filed on April 22, 2011, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS in part** Plaintiff's Motion and **REVERSES** and **REMANDS** the cause to the Commissioner for further administrative proceedings consistent with the Report.

It is so ORDERED.

Entered this the 16th day of May, 2011

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT